M. Christie Helmer, OSB No. 743400
chris.helmer@millernash.com
Elisa J. Dozono, OSB No. 063150
elisa.dozono@millernash.com
Miller Nash LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Fax: (503) 224-0155
*Attorneys for Plaintiff Kount Inc.*

Mr. Randy Gainer
E-mail: randygainer@dwt.com
Mr. William A. Birdwell
E-mail: billbirdwell@dwt.com
Mr. Scott E. Warnick
E-mail: scottwarnick@dwt.com
Mr. Alan Galloway
E-mail: alangalloway@dwt.com
Davis Wright Tremaine LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201-5630
Fax: (503) 778-5299
*Attorneys for Defendant iovation Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| KOUNT INC., a Delaware corporation, | Case No. 3:09-CV-00255-AC |
| Plaintiff, | STIPULATION, JOINT MOTION TO DISMISS, AND [PROPOSED] ORDER OF DISMISSAL |
| v. | |
| IOVATION INC., a Delaware corporation, | |
| Defendant. | |

### STIPULATION AND JOINT MOTION TO DISMISS

Plaintiff Kount Inc. ("Kount") and defendant iovation Inc. ("iovation") have amicably settled the claims asserted between them in this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), Kount and iovation hereby stipulate and jointly move the

Page 1 -    Stipulation, Joint Motion to Dismiss, and Order of Dismissal

PDXDOCS:1914683.1

Court to dismiss with prejudice all claims and counterclaims in this action. iovation further stipulates that it will not oppose the Objections to Findings and Recommendation filed in this action on December 6, 2010 by Kount. Each party will bear its own costs and attorney fees.

It is so STIPULATED:

DATED this 21st day of December, 2010.   MILLER NASH LLP

_____
M. Christie Helmer, OSB No. 743400
chris.helmer@millernash.com

*Attorneys for Plaintiff Kount Inc.*

DATED this 21st day of December, 2010.   DAVIS WRIGHT TREMAINE LLP

_____
Randy Gainer, WSB No. 11823 (*pro hac vice*)
randygainer@dwt.com

*Attorneys for Defendant iovation Inc.*

## ORDER

The Court, having been advised of the foregoing stipulation, hereby ORDERS that this matter is dismissed with prejudice and without costs to any party.

DATED this 27th day of December, 2010.

_____
The Honorable John V. Acosta
United States Magistrate Judge